UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHING Q. PHAM, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>WARDEN MARK A. BEZY, )<br>)<br>Respondent. ) | No. 1:06-cv-1572-RLY-WTL |

# E N T R Y

The petitioner's motion to correct judgment, filed on December 13, 2006, is **granted.** An amended judgment shall now issue. The Amended Judgment will correctly specify that the dismissal of the action is *without prejudice.*

**IT IS SO ORDERED.**

Date: 12/27/06

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Chinh Q. Pham
No. 89163-011
FCI-Terre Haute Prison Camp
P.O. Box 12014
Terre Haute, IN 47801