UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHING Q. PHAM, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | No. 1:06-cv-1572-RLY-WTL |
| ) | |
| WARDEN MARK A. BEZY, ) | |
| ) | |
| Respondent. ) | |

**AMENDED JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed without prejudice.**

Date: 12/27/2006

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Chinh Q. Pham
No. 89163-011
FCI-Terre Haute Prison Camp
P.O. Box 12014
Terre Haute, IN 47801